■ In the Matter of ARTAVIA J., Appellant. [649 NYS2d 808] —In a proceeding pursuant to Family Court Act article 7, the appeal is from an order of disposition of the Family Court, Rockland County (Stanger, J.), dated October 13, 1994, which, after a fact-finding hearing, awarded custody of the appellant to the Department of Social Services for a period of 18 months.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.

■ In the Matter of NONA L., Respondent, v JOHN C., Appellant. [649 NYS2d 810] —In a paternity proceeding pursuant to Family Court Act article 5, the alleged father appeals, by permission, from an order of the Family Court, Queens County (Schindler, J.), dated August 23, 1995, which directed him to submit to certain blood tests.

Ordered that the order is affirmed, without costs or disbursements.

The affidavit sworn to by the petitioner on June 19, 1995, provided sufficient evidence to support the Family Court determination directing the alleged father to submit to certain blood tests for the purpose of establishing paternity (*see, e.g., DiSalvo v Ordway,* 208 AD2d 798). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.